No. 165. NASHVILLE, CHATTANOOGA & ST. LOUIS R. Co. ET AL. *v.* MORGAN ET AL. Argued January 22, 1930. Decided January 27, 1930. *Per Curiam:* The judgment herein is affirmed by an equally divided Court. *Mr. Fitzgerald Hall,* with whom *Messrs. Frank Slemons* and *Walton Whitwell* were on the brief, for appellants. *Messrs. J. B. Sizer* and *Joe Frassrand* were on the brief for appellees.

No. 184. MURPHEY *v.* CORPORATION COMMISSION OF NORTH CAROLINA. Argued January 24, 1930. Decided January 27, 1930. *Per Curiam:* Judgment affirmed. *Coffin Brothers & Co.* v. *Bennett,* 277 U. S. 29; *Missouri Pacific R. Co.* v. *Nebraska,* 164 U. S. 403, 414; *Knights of Pythias* v. *Meyer,* 265 U. S. 30, 32–33. *Mr. J. A. Jones* for appellant. *Messrs. Dennis G. Brummitt,* Attorney General of North Carolina, and *I. M. Bailey* for appellee.